HOY et al., Respondent, v. LOUDEN (Hazle, Intervenor, Appellant.)

(152 N. W. 120.)

(File No. 3636.   Opinion filed April 15, 1915.)

Appeal from Circuit Court, Spink County.   Hon. ALVA E. TAYLOR, Judge.

Action by S. A. Hoy and others against William Louden, in which W. A. Hazle, as Trustee in Bankruptcy of William Louden, intervened.   From a judgment for plaintiff, and from an order denying a new trial, the intervenor appeals.   Affirmed.

See, Hollenbeck v. Louden et al., 35 S. D. 320, 152 N. W. 116.

*L. W. Crofoot,* and *Fred G. Huntington,* for Appellant.
*Morris & Moriarty,* for Respondents.

McCOY, P. J.   The questions involved in this action are very similar to those in Hollenbeck v. Louden et al, 35 S. D. 320, 152 N. W. 116, heretofore decided.   Both appeals were argued together.   The opinion in the Hollenbeck case applies to this case as well.   The judgment entered in this case is, in effect, in no manner in conflict with the decision in the Hollenbeck case. The intervening creditors, whose claims accrued during the time the Hollenbeck mortgage was withheld from record, dis-

place Hollenbeck as to a portion of his debt secured by the first mortgage.

The judgment appealed from is affirmed.